United States District Court
Southern District of Texas
**ENTERED**
February 24, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JOHN TAYLOR *et al.*, § § Plaintiffs, § VS. § UNITED PROPERTY & CASUALTY § INSURANCE COMPANY, § § Defendant. § | NO. 3:22-CV-398 |

## STIPULATED DISMISSAL

On February 23, 2023, the parties filed a joint stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 7.

Accordingly, it is hereby **ORDERED** that all claims asserted by any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

Signed on Galveston Island this 24th day of February, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE